**Junior Lamar, Plaintiff-Appellee, v. Leo E. Toohey, Defendant-Appellant.**

**Gen. No. 10,369.** 

Third District.

February 19, 1962.

Rehearing denied March 26, 1962.

Gillespie, Burke & Gillespie, of Springfield (Louis F. Gillespie and George B. Gillespie, of Springfield, of counsel), for appellant; James T. Londrigan and J. H. Weiner, of Springfield, for appellee. Opinion by JUDGE CARROLL. **Not to be published in full.**